# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| STEPHEN J. GILL, an individual,<br><br>   *Plaintiff*,<br><br>   v.<br><br>EVERYDAY DOSE, INC., a Delaware corporation,<br><br>   *Defendant*. | C.A. No. 24-1359 (RGA) |

## MOTION AND ORDER FOR ADMISSIONS *PRO HAC VICE*

Pursuant to Local Rule 83.5 and the attached certifications, counsel moves for the admissions *pro hac vice* of Zack G. Sharpe IV and Charles Slamowitz of the law firm Slam Legal LLC to represent Plaintiff Stephen J. Gill in this matter.

Dated: February 17, 2025

                                                     */s/ Kenneth L. Dorsney*
                                                     Kenneth L. Dorsney (#3726)
                                                     Cortlan S. Hitch (#6720)
                                                     MORRIS JAMES LLP
                                                     500 Delaware Ave., Suite 1500
                                                     Wilmington, DE 19801-1494
                                                     (302) 888-6800
                                                     kdorsney@morrisjames.com
                                                     chitch@morrisjames.com

                                                     *Attorneys for Plaintiff Stephen J. Gill*

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED that counsel's motion for admissions *pro hac vice* is granted.

Date: _____               _____
                                                         United States District Court Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of New York and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules. In accordance with the Standing Order for District Court Fund effective January 1, 2024, I further certify that the annual fee of $50.00 will be submitted upon filing of this motion.

Date:   February 14, 2025

Signed:   ___/s/ *Zack Sharpe*___
Zack G. Sharpe IV, Esq.
ONE MANHATTAN SQUARE
225 Cherry St. 25th Floor,
New York, NY 10002
(516) 808-7619
zsharpe@slamsharpe.com

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of New York and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules. In accordance with the Standing Order for District Court Fund effective January 1, 2024, I further certify that the annual fee of $50.00 will be submitted upon filing of this motion.

Date:   February 14, 2025

Signed:   /s/ *Charles Slamowitz*
Charles Slamowitz, Esq.
ONE MANHATTAN SQUARE
225 Cherry St. 25th Floor,
New York, NY 10002
(516) 808-7619
cslam@slamsharpe.com