**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| STEPHEN J. GILL, an individual,<br><br>*Plaintiff,*<br><br>v.<br><br>EVERYDAY DOSE, INC., a Delaware Corporation,<br><br>*Defendant.* | C.A. No. 1:24-cv-01359-RGA |

**STIPULATION FOR LEAVE TO FILE AMENDED COMPLAINT AND EXTENSION OF TIME**

1. Plaintiff filed his complaint on December 11, 2024.

2. On February 6, 2025, Defendant filed a partial motion to dismiss Counts II and III of Plaintiff's complaint and a supporting Opening Brief.

3. On February 19, 2025, the parties entered a stipulation extending Plaintiff's time to respond to Defendant's Partial Motion to Dismiss until March 13, 2025 (D.I. 16). This Court approved the stipulation the next day.

4. On March 10, 2025, the parties entered a second stipulation extending Plaintiff's time to respond to Defendant's Partial Motion to Dismiss until March 27, 2025 (D.I. 17). This Court approved the second stipulation later that day.

5. On March 26, 2025, Plaintiff contacted and engaged undersigned counsel to replace Morris James LLP as his counsel of record in this case.

6. Plaintiff now desires to file an amended complaint in lieu of responding to Defendant's partial motion to dismiss.

7. The parties hereby stipulate that the time for Plaintiff to file an amended pleading pursuant to Rule 15(a)(1)(B) is extended to March 31, 2025.

SWARTZ CAMPBELL LLC

*/s/ Joseph S. Naylor*
Joseph S. Naylor (Bar No. 3886)
300 Delaware Ave., Suite 1410
Wilmington, DE 19801
302-353-0818
jnaylor@swartzcampbll.com
*Attorneys for Plaintiff Stephen J. Gill*

POLSINELLI PC

*/s/ Stephen J. Kraftschik*
Stephen J. Kraftschik (Bar No. 5623)
222 Delaware Ave., Suite 1101
Wilmington, DE 19801
302-252-0921
skraftschik@polsinelli.com
*Attorneys for Defendant Everyday Dose, Inc.*

March 27, 2025

SO ORDERED this __________ day of __________, 2025

_______________________________
J