# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| STEPHEN J. GILL, and<br>PARKER DETWEILER,<br><br>   Plaintiffs,<br><br>   v.<br><br>EVERYDAY DOSE, INC., a Delaware Corporation,<br><br>   Defendant. | C.A. No. 1:24-cv-01359-RGA |

## NOTICE OF WITHDRAWAL OF PRO HAC VICE
## ATTORNEY ZACK G. SHARPE AS COUNSEL FOR PLAINTIFFS

PLEASE TAKE NOTICE that attorney Zack G. Sharpe, IV, previously admitted pro hac vice, withdraws as counsel for Plaintiffs Stephen J. Gill and Parker Detweiler. Plaintiffs' counsel in this case shall otherwise remain the same.

SWARTZ CAMPBELL LLC

*/s/ Joseph S. Naylor*
Joseph S. Naylor (DE Bar No. 3886)
300 Delaware Avenue, Suite 1410
Wilmington, DE 19801
(302) 353-0818
jnaylor@swartzcampbell.com

Of Counsel:
Charles L. Slamowitz
Slam Legal LLC
One Manhattan Square, Floor 68
New York, New York
(516) 808-7619
cslam@slamsharpe.com

Attorneys for Plaintiffs
STEPHEN J. GILL and
PARKER DETWEILER

May 22, 2025