Dear Magistrate Judge Eleanor G. Tennyson,

I, Zack G. Sharpe, IV, a non-party witness and former attorney of record, submit this statement to formally provide notice for the record that I cannot appear and will not be present at the in-person hearing scheduled for tomorrow, February 5, 2026. My absence is dictated by logistical issues and preexisting fiduciary obligations previously outlined to the Court. Pursuant to the Court's Order, I am not asking for relief or for the proceedings to be postponed. I am merely providing notice.

While I cannot appear tomorrow, I am open to appearing before this Court on any of the following dates: February 9, 11, 13, 18, 20, 23, 25, or 27. On these specific dates, I work remotely and am not required to be in my employer's office; further, I will not have to participate in any conflicting litigation matters involving state, arbitration or federal bodies on behalf of my employer alongside outside counsel. I am providing this information should the Court require further testimony on a date that does not involve a direct conflict of my fiduciary duties.

For the record, I am a non-party and am not subject to the Court's December 11, 2025 Order to Show Cause. It is the established norm in federal practice that responsibility for the contents of a filing lies with the attorney who signs and files the brief. Existing AI-sanction precedents—including *Mata v. Avianca* (S.D.N.Y. 2023), *Billups v. Louisville Municipal School District* (Miss. Cir. Ct. 2025), and *Lexos Media IP v. Overstock.com* (D. Kan. 2026)—unanimously hold that sanctions are directed at the signers and filers who certify the accuracy of the submission under Rule 11. There is no support in the law for targeting a non-signing uncompensated drafter who provided a clean draft, reviewed citations for accuracy but further provided an explicit verification warning to the lead attorneys.

Furthermore, I bear no similarity to the party in *Backertop Licensing LLC v. Canary Connect, Inc.* In that case, the individual was the subject of the Court's inquiry and refused all cooperation. By contrast, I have been entirely transparent and have voluntarily submitted extensive documentary evidence and sworn testimony to the Court. I have provided the only accurate timeline of what occurred and have consistently expressed my willingness to participate in these proceedings to assist the Court in resolving this matter.

I would gladly testify to ensure the truth is known. I hereby reserve all possible objections and rights available to me under the law. I maintain the highest respect for this Court's authority and its proceedings.

Respectfully,

Zack G. Sharpe, IV