| | |
|---|---|
| From: | Zack Sharpe |
| To: | ▇▇▇▇ |
| Subject: | Re: 24-cv-1359-RGA-EGT Show Cause Order Response |
| Date: | Wednesday, February 4, 2026 3:31:18 PM |
| Attachments: | Statement to the Court regarding Inability to Attend (3).pdf |

**CAUTION - EXTERNAL:**

Dear Clerk / Case Manager:

Please find the attached formal Notice of Inability to Attend the In-Person Hearing. As required by the Court, I will also provide a hard copy of this statement via courier service.

Best regards,

Zack G. Sharpe, IV

On Tue, Feb 3, 2026 at 5:54 PM Zack Sharpe <zsharpe@sharpecounsel.com> wrote:
> All,
>
> Please see the attached document, which I received this morning, for further clarification regarding my previous messages.
>
> Best regards,
>
>
> **Zack G. Sharpe, IV**
>
> Founder & Principal Attorney | Sharpe Counsel
>
> www.sharpecounsel.com
>
> ---
>
> *Attorney Advertising. This email and any attachments are confidential and intended solely for the use of the individual or entity to whom they are addressed. If you have received this email in error please notify the system manager.*
>
>
> On Tue, Feb 3, 2026 at 5:12 PM Zack Sharpe <zsharpe@sharpecounsel.com> wrote:
>> Hi ▇▇▇,
>>
>> I'm following up on my previous messages as I believe there may have been a misunderstanding regarding the documents I forwarded to ▇▇▇.
>>
>> It appears the Court has filed the documents I sent for submission. I had assumed there would be a discussion before they were officially uploaded, particularly since I was also filing hard copies by mail. Furthermore, there was an outstanding question regarding Mr. Naylor's assertion that the documents required redaction. If the Court deems redactions necessary, I am certainly prepared to provide them.