# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| STEPHEN J. GILL and PARKER DETWEILER, )<br>)<br>) Plaintiffs, )<br>)<br>v. )<br>)<br>EVERYDAY DOSE, INC, )<br>)<br>Defendant. ) | Civil Action No. 24-1359-EGT-RGA |

**NOTICE OF INTENTION TO PROSECUTE CRIMINAL CONTEMPT**

The United States of America respectfully files this Notice of Intention to Prosecute Criminal Contempt in response to the Honorable Eleanor G. Tennyson's Certification of Contempt, D.I. 76, served on the United States Attorney's Office on February 10, 2026. That Certification, also served on Zack G. Sharpe, IV, Esq., set forth the essential facts constituting the alleged criminal contempt and ordered Sharpe to appear before this Court on February 23, 2026, at 2:30 p.m. to show cause why this Court should not adjudge him in indirect criminal contempt of court. D.I. 76. Pursuant to Federal Rule of Criminal Procedure 42(a)(2), the Certification requested that the United States Attorney's Office prosecute this matter.

The government confirms that, at the request of the Court, it intends to prosecute this matter. Absent a contrary order from the Court, the government will file a pre-hearing brief on or before February 18, 2026, setting forth the relevant legal standard and the essential facts it anticipates proving at the Show Cause Hearing. At that time, the government intends to file a motion to limit the maximum possible

sentence that may be imposed on Sharpe to no more than six months imprisonment or a fine of $5,000.  So limited, this matter may proceed to a bench trial in lieu of a jury trial.  *See* Fed R. Crim. P. (a)(3); *see also Taylor v. Hayes*, 418 U.S. 488, 495 (1974).

                                                Respectfully submitted,

                                                Benjamin L. Wallace
                                                United States Attorney

                                    By:   */s/ Carly A. Hudson*
                                                Carly A. Hudson
                                                Assistant United States Attorney

Date: February 12, 2026

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| STEPHEN J. GILL and PARKER DETWEILER, | ) ) ) | |
| Plaintiffs, | ) ) | Civil Action No. 24-1359-EGT-RGA |
| v. | ) ) | |
| EVERYDAY DOSE, INC, | ) ) | |
| Defendant. | ) | |

### CERTIFICATE OF SERVICE

I, Sherry Kaminski, an employee with the United States Attorney's Office, hereby certify that on the 12th day of February 2026, I caused to be electronically filed:

**Notice of Intention to Prosecute Criminal Contempt**

with the Clerk of the Court using CM/ECF. Said document is available for viewing and downloading from CM/ECF. I further certify one copy of said document to be served via e-mail and FedEx upon:

Zack G. Sharpe IV, Esq.
55 Water Street, Floor 29
New York, NY 10041-0008
zsharpe@sharpecounsel.com


                                                 */s/ Sherry Kaminski*
                                                 Sherry Kaminski