IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| STEPHEN J. GILL and<br>PARKER DETWEILER<br><br>Plaintiffs,<br><br>v.<br><br>EVEYDAY DOSE, INC.,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>) C.A. No. 24-1359-RGA<br>)<br>)<br>)<br>)<br>) |

## ENTRY OF APPEARANCE

**PLEASE ENTER** the appearance of Eugene J. Maurer, Jr. on behalf of Zack G. Sharpe, IV, in the above.

_____
EUGENE J. MAURER, JR. (#821)
1201-A King Street
Wilmington, DE 19801
(302) 652-7900
Attorney for Defendant

February 24, 2026